IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv–01337-RPM-BNB

Trustees of the Carpenters' and Millwrights' Health Benefit Trust Fund, et al. v Scott, et al.

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 9, 2005 , I   the Order Declaring Defendants in Contempt and for Hearing on Sanctions dated December 9, 2005 was delivered to the United States Marshal Mailbox in the Criminal Division.

GREGORY C. LANGHAM, Clerk

By s/Leslie Martin
Deputy Clerk