# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-cv-01337-RPM-BNB

TRUSTEES OF THE CARPENTERS' AND MILLWRIGHTS' HEALTH BENEFIT TRUST FUND,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION FUND,
TRUSTEES OF THE COLORADO CARPENTERS' AND MILLWRIGHTS' VACATION TRUST FUND,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND ANNUITY PLAN, and
TRUSTEES OF THE COLORADO CARPENTERS' JOINT APPRENTICESHIP TRUST FUND,

      Plaintiffs,

v.

LEON D. SCOTT, an individual,
OCCIA S. SCOTT, an individual, and
LEON D. SCOTT and OCCIA S. SCOTT d/b/a SCOTT'S CONCRETE CONTRACTOR, an unincorporated entity,

      Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO CONDUCT POST-JUDGMENT DISCOVERY

This matter comes before the Court on Plaintiffs' Motion for Leave to Conduct Post-Judgment Discovery. The Court orders as follows:

The Motion is GRANTED. Pursuant to Fed. R. Civ. P. 69 and Colo. R. Civ. P. 69(i), Plaintiffs may take the depositions of Defendants and Judgment Debtors Leon D. Scott and Occia S. Scott, individually and d/b/a Scott's Concrete Contractor, and subpoena documents from and take the deposition of the custodian of records for KeyBank National Association.

DATED this 7F day of March, 2006.

BY THE COURT:

/s/ Boyd N. Boland
~~United States District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**